UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUTH E. ORTAGA TORRES,

Plaintiff,

v.

ALEJANDRO MAYORKAS, et al.,

Defendants.

Case No. 2:25-cv-00563-DAD-CKD

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT PREJUDICE

(Doc. No. 5)

On February 18, 2025, counsel proceeding on behalf of plaintiff initiated this action by filing a complaint. (Doc. No. 1.)[1] Thereafter, however, plaintiff's counsel has filed nothing with the court. Accordingly, on October 10, 2025, the assigned magistrate judge issued an order requiring plaintiff to file a status report and to show cause in writing, within fourteen (14) days, why this action should not be dismissed due to plaintiff's failure to prosecute. (Doc. No. 4.) Although that order was served on plaintiff's counsel, counsel did not respond within the time provided nor did plaintiff's counsel file anything else with the court. Therefore, on November 5, 2025, the magistrate judge issued the pending findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to prosecute this action and failure to abide by court orders. (Doc. No. 5.)

[1] This action was automatically directly assigned to the magistrate judge pursuant to Local Rule Appendix A(m).

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 3–4.) Plaintiff has not filed any objections to those findings and recommendations and the time in which to do so has long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued November 5, 2025 (Doc. No. 5) are ADOPTED IN FULL;
2. Plaintiff's claims are DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(b); and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 16, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE